Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400; Facsimile: (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant, NAVIGATORS SPECIALTY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BURKE CONSTRUCTION GROUP, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> NAVIGATORS SPECIALTY INSURANCE COMPANY, And DOES 1 through 25, Inclusive, <br><br> Defendant(s). | Case No.: 3:20-cv-00195-LRH-WGC <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

Plaintiff, Burke Construction Group, Inc. ("Plaintiff"), by and through its counsel of record, Stephen G. Castronova, Esq. of CASTRONOVA LAW OFFICES, PC; and Defendant, Navigators Specialty Insurance Company ("Defendant"), by and through its counsel of record, Chad C. Butterfield, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby stipulate and agree to extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint by thirty (30) days, from April 6, 2020 to **May 6, 2020**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as the parties are attempting to negotiate a resolution of this action. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

/ / /

/ / /

/ / /

1585369v.1

1. This is the parties' first request for extension of the deadline.

2. DATED this 6th day of April, 2020.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

 */s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant Navigators Specialty Insurance Company*

DATED this 6th day of April, 2020.

**CASTRONOVA LAW OFFICES, PC**

 */s/ Stephen G. Castronova*
STEPHEN G. CASTRONOVA, ESQ.
Nevada Bar No. 7305
605 Forest Street
Reno, NV 89509
*Attorney for Plaintiff Burke Construction Group, Inc.*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: April 6, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

1585369v.1