1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7                **DISTRICT OF NEVADA**

| | |
|---|---|
| BURKE CONSTRUCTION GROUP, INC., | Case No.: 3:20-cv-00195-LRH-WGC |
| Plaintiff(s), | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, And DOES 1 through 25, Inclusive, | |
| Defendant(s). | |

      Plaintiff BURKE CONSTRUCTION GROUP, INC. and Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY hereby stipulate and agree that the above-entitled action shall be dismissed, with prejudice, in accordance with Fed. R. Civ. P. 41(a)(2).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1    Each party shall bear its own fees, disbursements, and costs of suit.

2    DATED this 10th day of September, 2020.

3                                          **WILSON, ELSER, MOSKOWITZ,**
                                           **EDELMAN & DICKER LLP**
4

5                                            */s/ Chad C. Butterfield*
                                           CHAD C. BUTTERFIELD
6                                          Nevada Bar No. 10532
                                           300 South Fourth Street, 11th Floor
7                                          Las Vegas, NV  89101
                                           *Attorneys for Defendant Navigators Specialty*
8                                          *Insurance Company*

9

10   DATED this 10th day of September, 2020.

11                                         **CASTRONOVA LAW OFFICES, PC**

12                                           */s/ Stephen G. Castronova*
                                           STEPHEN G. CASTRONOVA, ESQ.
13                                         Nevada Bar No. 7305
                                           605 Forest Street
14                                         Reno, NV  89509
                                           *Attorney for Plaintiff Burke Construction*
15                                         *Group, Inc.*

16

17

18                                 **ORDER**

19   **GOOD CAUSE SHOWN, IT IS SO ORDERED.**

20

21   Dated this  17th _ day of September, 2020.

22                                         _____
                                           LARRY R. HICKS
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28